```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GIAVONNI SMITH,

                               Plaintiff,

    -against-

THE CITY OF NEW YORK, et al.,

                             Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

23-CV-8162 (LJL)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 24). A telephone conference utilizing Microsoft Teams will be held on **Wednesday, March 13, 2024 at 4:30 p.m.** in advance of a settlement conference. Counsel for the parties will be emailed the call in information by Judge Parker's chambers prior to the scheduled conference date. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.

      **SO ORDERED.**

Dated: February 20, 2024
       New York, New York

                                                _____
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge