```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GIAVONNI SMITH,

                                                 Plaintiff,                    **ORDER SCHEDULING**
                                                                           **SETTLEMENT CONFERENCE**
     -against-

                                                                          **23-CV-8162 (LJL)**

THE CITY OF NEW YORK, et al.,

                                             Defendants.
------------------------------------------------------------------X
**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       A settlement conference in this matter is hereby scheduled for **Monday, June 10, 2024 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **June 3, 2024 by 5:00 p.m.** The City shall make a monetary counter offer to Plaintiff's demand by **May 30, 2024.**

       **SO ORDERED.**

Dated: March 13, 2024
       New York, New York

                                                                         *Katharine H Parker*
                                                                   _____
                                                                   KATHARINE H. PARKER
                                                                   United States Magistrate Judge