USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GIAVONNI SMITH,

                              Plaintiff,

        -against-

THE CITY OF NEW YORK, et al.,

                             Defendants.
------------------------------------------------------------X

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

**23-CV-8162 (LJL)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Stipulation of Settlement and Dismissal filed on August 15, 2024 (doc. no 40) the Settlement Conference currently scheduled for **August 19, 2024** is hereby adjourned *sine die*.

**SO ORDERED.**

Dated: August 16, 2024
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge